STATE OF NEW JERSEY v. ROBERT W. SMITH.

October 22, 1980.

Petition for certification denied.

FRANK P. GRIECO v. EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF NEWARK.

October 22, 1980.

Petition for certification denied.  (See 173 *N.J.Super.* 474)

TOWNSHIP OF STILLWATER v. JOSEPH TORCH.

October 22, 1980.

Petition for certification denied.

EDMUND SORIANO v. APGAR BROTHERS
TRUCKING COMPANY.

October 22, 1980.

Petition for certification denied.